UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :
:
       - v. -                    :
:                **WAIVER OF INDICTMENT**
MARK HART,                       :
 a/k/a "Movements,"              :    S5 07 Cr. 3 (BSJ)
:
               Defendant.        :
:
:
- - - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Tile 18, United States Code, Section 1951, and Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Mark Hart

_____
Francisco Celedonio, Esq.
Attorney for Mark Hart

Witness: _____

Date:    New York, New York
         August 5, 2008