USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 09/21/2012

Mark Hart

Docket Number: 07-CR-00003-014 (BSJ)

P51275/EF.dlh



## JUDICIAL RESPONSE

THE COURT ORDERS:

[X]   International Travel to Jamaica GRANTED

[ ]   International Travel to Jamaica DENIED

[ ]   Other

THE COURT ORDERS:

[ ]   Future Decisions Regarding International Travel Shall Be at the Discretion of the Supervising District

[ ]   Future Decisions Regarding International Travel Shall Not Be at the Discretion of the Supervising District

[ ]   Other

Judicial Signature

9-21-12
Date